THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Gregory Cleveland, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-043
Submitted December 1, 2004  Filed January 
 19, 2005

APPEAL DISMISSED

 
 
 
Assistance Appellate Defender Tara S. Taggart, Office of Appellate Defense of 
 Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox,  Legal Counsel Tommy Evans, 
 Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  In December 1987, Gregory Cleveland was sentenced to five 
 years suspended with five years of probation for malicious injury to real property, 
 with the sentence to run consecutive to one imposed for burglary under the same 
 indictment.  Following a probation revocation hearing, the court revoked Clevelands 
 suspended sentence.  Clevelands counsel attached to the brief a petition to 
 be relieved as counsel, stating that she had reviewed the record and concluded 
 this appeal lacks merit.  Cleveland filed a separate pro se brief. 

After a thorough review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] the appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.